### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

SARAH HARDIN,

       Plaintiff,

v.                                                                                       No. CV 21-908 KWR/CG

VDEX DIABETES HOLDINGS, INC.,

       Defendant.

### ORDER EXTENDING MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court on the parties' *Agreed Motion to Extend Deadline Under Local Rule 26.6* (the "Motion"), (Doc. 15), filed November 3, 2021. In the Motion, the parties request an extension of time "to file any motions to compel discovery related to the state court discovery," and for Defendant to respond to Plaintiff's second set of discovery, until December 20, 2021, which is fourteen days after their planned mediation on December 6, 2021. (Doc. 15 at 1). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the parties shall have until **December 20, 2021**, to file any discovery motions relating to state court discovery.

      **IT IS FURTHER ORDERED** that Defendant shall have until **December 20, 2021**, to respond to Plaintiff's second set of discovery.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE