IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARAH HARDIN,

    Plaintiff,

v.                                                       No. CV 21-908 KWR/CG

VDEX DIABETES HOLDINGS, INC.,

    Defendant.

### ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for **January 4, 2022, at 11:00 a.m.** is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE